JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:	541-593-4452
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OSVALDO MALDONADO, JR. | ) | Case No.  2:21-CV-00644-CKD |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S REPLY BRIEF** |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 7 Days to April 14, 2022, for Plaintiff to file his Reply Brief, in accordance with the Court's Scheduling Order.  The extension is requested due to the fact that Plaintiff's counsel is in the midst of filing personal and small business tax returns and has not had the opportunity to consider the Defendant's brief in this case.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: April 6, 2022					JACQUELINE A. FORSLUND
							Attorney at Law


							*/s/Jacqueline A. Forslund*
							JACQUELINE A. FORSLUND

							Attorney for Plaintiff


Date:  April 6, 2022					PHILLIP A. TALBERT
							Acting United States Attorney
							CHRISTOPER HARRIS
							Acting Regional Chief Counsel, Region VI
							Social Security Administration

							*/s/Kendall M. Rees*
							KENDALL M. REES
							Special Assistant United States Attorney
							*By email authorization

							Attorney for Defendant


					ORDER

APPROVED AND SO ORDERED.

Dated:  April 7, 2022

							_____
							CAROLYN K. DELANEY
							UNITED STATES MAGISTRATE JUDGE